USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/2/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MENDIZABAL,

                     **Plaintiff,**

   -against-

BALLET MAKERS, INC.,

                     **Defendants.**
------------------------------------------------------------ x

17-CV-9226 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    March 2, 2018
             New York, New York

                                              **HON. ANDREW L. CARTER, JR.**
                                              **United States District Judge**