USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/15/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA MENDIZABAL AND ON BEHALF OF ALL OTHER
PERSONS SIMILARLY SITUATED,

                Plaintiffs,

-against-

BALLET MAKERS, INC. a/k/a CAPEZIO BALLET MAKERS, INC.

                Defendant.
-----------------------------------------------------------------X

Case No.: 17-cv-09226

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit be dismissed with prejudice, with each party to bear its own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
~~April __, 2018~~
May 7, 2018
KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

_____
Jennifer E. Sherven, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

4843-2644-1568, v. 1

Dated: New York, New York
April __, 2018
May 7
JOSEPH H. MIZRAHI LAW, P.C.
*Attorneys for Plaintiff*

_____
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12 Fl.
New York, NY 11201
(917) 299-6612

SO ORDERED.

/s/ Andrew L. Carter

MAY 15, 2018